No. 88–2066.   URBANIK ET UX. *v.* CITY OF BUFFALO ET AL.
App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 88–2067.   LEACH *v.* JEFFERSON PARISH HOSPITAL DISTRICT No. 2, DBA EAST JEFFERSON GENERAL HOSPITAL, ET AL.
C. A. 5th Cir.   Certiorari denied.

No. 88–2069.   TREKAS *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 8th Cir.   Certiorari denied.

No. 88–2072.   MILBURN *v.* HAWKEYE BANK & TRUST N. A. OF CENTERVILLE-SEYMOUR, FKA CENTERVILLE NATIONAL BANK.
Sup. Ct. Iowa.   Certiorari denied.

No. 88–2073.   McGOWAN *v.* DEPARTMENT OF ENVIRONMENTAL QUALITY OF LOUISIANA.   Ct. App. La., 1st Cir.   Certiorari denied.

No. 88–2075.   HINOJOSA *v.* CITY OF TERRELL, TEXAS, ET AL.
C. A. 5th Cir.   Certiorari denied.

No. 88–2076.   SINGER ET AL. *v.* SHANNON & LUCHS CO.
C. A. D. C. Cir.   Certiorari denied.

No. 88–2077.   HARRIS *v.* TEXAS; MURPHY *v.* TEXAS; and REED *v.* TEXAS.   Ct. App. Tex., 6th Dist.   Certiorari denied.

No. 88–2078.   BARROW *v.* LUND ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–2080.   BOKUM RESOURCES CORP. *v.* LONG ISLAND LIGHTING CO.   C. A. 10th Cir.   Certiorari denied.

No. 88–2081.   BOONE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–2082.   CHRISTIANSON ET AL. *v.* COLT INDUSTRIES OPERATING CORP.   C. A. 7th Cir.   Certiorari denied.